*T. Johnson*, for the plaintiffs.

*May Term, 1840.*

JONES
v.
JONES.

---

Jones and Another *v.* Jones.—In error.

IN appeals from the judgments of justices of the peace, the Circuit Court is to try the cause without a jury, unless the amount in controversy exceed twenty dollars, and a jury be demanded by one of the parties.  R. S. 1838, p. 384.—*Minton* v. *Moore*, 4 Blackf. 315.

The 41st section of the practice act, R. S. 1838, p. 453, which confines the power of the Court to assess damages to cases depending on calculation, has reference only to actions originating in the Circuit Court.